ALLACCESS LAW GROUP
Irene Karbelashvili, SBN 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, SBN 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone:   (408) 295-0137
Facsimile:   (408) 295-0142

Attorney for SHELBY GAIL HEIFETZ, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>Plaintiff,<br><br>vs.<br><br>GRAND PETROLEUM, INC., et al.,<br><br>Defendants | Case No. 20-cv-00575-WHO<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER

1

SHELBY GAIL HEIFETZ ("Plaintiff") and GRAND PETROLEUM, INC. SALKHI PROPERTIES LLC; ALI SALKHI and SOURI MONFARED SALKHI (collectively, "Defendants") stipulate through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(2), that this action be dismissed in its entirety with prejudice with each side bearing its own attorney fees, costs, and litigation expenses. The parties also request that the Court retain jurisdiction over the settlement agreement in accordance with General Order No. 56.

Respectfully submitted,

Dated: January 5, 2021          _____/s/_____
                                Irakli Karbelashvili, Attorney for Plaintiff

Dated: January 5, 2021          _____/s/_____
                                Erica L. Rosasco, Attorney for Defendants

**FILER'S ATTESTATION**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

_____/s/_____
Irakli Karbelashvili

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing their attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: January 5, 2021



United States District Judge